PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

**United States of America**        )
                                    )
    vs          )
                                    )
**Ronnie Breeden**                  )  Case No. 08cr20065

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Ronnie Breeden, have discussed with Angela K. Yates, Pretrial Services/Probation Officer, modification of my release conditions as follows:

*1) Refrain from any use or unlawful possession of a narcotic drug or other controlled substances,*
*2) Submit to any method of testing required by Pretrial Services for determining whether the defendant is using a prohibited substance,*
*3) Participate in substance abuse counseling or treatment if deemed advisable by Pretrial Services, and*
*4) Travel restricted to the Middle District and Western District of Tennessee.*

I consent to this modification of my release conditions and agree to abide by this modification.

_____  _____  _____  _____
Signature of Defendant    Date    Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  4-1-08
Signature of Defense Counsel   Date

[X] The above modification of conditions of release is ordered, to be effective on 4/8/08.

[ ] The above modification of conditions of release is **not** ordered.

_____  4/8/08
Signature of Judicial Officer   Date